ARDEN HILLS NORTH HOMES ASSO-CIATION, a Minnesota nonprofit corporation, on behalf of its various members, Respondent,

v.

PEMTOM, INC., a Minnesota corporation, Petitioner, Appellant.

No. C9–91–686.

Supreme Court of Minnesota.

July 19, 1993.

Holmes & Graven, Chartered John M. LeFevre, Jr., Robert A. Alsop, Minneapolis, for petitioner.

Laughlin Law Offices, Thomas Laughlin, Saint Paul, for respondent.

*ORDER*

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the court of appeals in *Arden Hills North Home's Ass'n. v. Pemtom, Inc.*, 475 N.W.2d 495 (Minn.App.1991) be, and the same is, affirmed as modified in accordance with *Griebel v. Andersen Corp.*, 489 N.W.2d 521 (Minn.1992).